1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SHEILAH BUACK-SHELTON, et al.,          No.  2:25-cv-00093-DC-AC

12                  Plaintiffs,

13          v.                                ORDER RELATING AND REASSIGNING
                                              CASE
14   POWERSCHOOL HOLDINGS, INC.,

15                  Defendant.

16   ─────────────────────────────────

17   TYLER BAKER,                             No.  2:25-cv-00096-CSK

18                  Plaintiff,                **New Case No.  2:25-cv-00096-DC-AC**

19          v.

20   POWERSCHOOL HOLDINGS, INC., et
     al.,

21                  Defendants.

22   ─────────────────────────────────

23   KIMBERLY KINNEY,                         No.  2:25-cv-00098-DC-SCR

24                  Plaintiff,                **New Case No.  2:25-cv-00098-DC-AC**

25          v.

26   POWERSCHOOL HOLDINGS, INC.,

27                  Defendant.

28   ─────────────────────────────────

                                   1

| | | |
|---|---|---|
| KRYSTAL VARGHA, | | No. 2:25-cv-00110-SCR |
| | Plaintiff, | **New Case No. 2:25-cv-00110-DC-AC** |
| | v. | |
| POWERSCHOOL HOLDINGS, INC., | | |
| | Defendant. | |
| F.C., | | No. 2:25-cv-00136-SCR |
| | Plaintiff, | **New Case No. 2:25-cv-00136-DC-AC** |
| | v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | | |
| | Defendants. | |
| LAURA GILES, | | No. 2:25-cv-00139-CKD |
| | Plaintiff, | **New Case No. 2:25-cv-00139-DC-AC** |
| | v. | |
| POWERSCHOOL HOLDINGS, INC., | | |
| | Defendant. | |
| JILL STRELZIN, | | No. 2:25-cv-00140-DC-CSK |
| | Plaintiff, | **New Case No. 2:25-cv-00140-DC-AC** |
| | v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | | |
| | Defendants. | |
| A.A., | | No. 2:25-cv-00141-DAD-CSK |
| | Plaintiff, | **New Case No. 2:25-cv-00141-DC-AC** |
| | v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | | |
| | Defendants. | |

2

| | |
|---|---|
| E.H., | No. 2:25-cv-00152-DC-SCR |
| Plaintiff, | **New Case No. 2:25-cv-00152-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |
| ROBERT PETTINGER, et al., | No. 2:25-cv-00159-DAD-AC |
| Plaintiffs, | **New Case No. 2:25-cv-00159-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |
| VALERIE MARTINEZ-TURNBOW, | No. 2:25-cv-00165-DC-JDP |
| Plaintiff, | **New Case No. 2:25-cv-00165-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |
| GWENDOLYN CROCKRAN, | No. 2:25-cv-00171-JDP |
| Plaintiff, | **New Case No. :25-cv-00171-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |
| RATIB HABBAL, et al., | No. 2:25-cv-00173-DAD-SCR |
| Plaintiffs, | **New Case No. 2:25-cv-00173-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

| | |
|---|---|
| TORRIE MAYFIELD, | No. 2:25-cv-00203-DC-SCR |
|       Plaintiff, | **New Case No. 2:25-cv-00203-DC-AC** |
|     v. | |
| POWERSCHOOL GROUP LLC, et al., | |
|       Defendants. | |

| | |
|---|---|
| GILLIAN AREDE, | No. 2:25-cv-00204-DAD-JDP |
|       Plaintiff, | **New Case No. 2:25-cv-00204-DC-AC** |
|     v. | |
| POWERSCHOOL HOLDINGS, INC., | |
|       Defendant. | |

| | |
|---|---|
| DALE GRIFFIN, | No. 2:25-cv-00206-CKD |
|       Plaintiff, | **New Case No. 2:25-cv-00206-DC-AC** |
|     v. | |
| POWERSCHOOL GROUP LLC, | |
|       Defendant. | |

| | |
|---|---|
| MICHAEL WHITE, | No. 2:25-cv-00207-DAD-CSK |
|       Plaintiff, | **New Case No. 2:25-cv-00207-DC-AC** |
|     v. | |
| POWERSCHOOL HOLDINGS, INC., | |
|       Defendant. | |

| | |
|---|---|
| SCOTT GRECI, et al., | No. 2:25-cv-00208-CKD |
|       Plaintiffs, | **New Case No. 2:25-cv-00208-DC-AC** |
|     v. | |
| POWERSCHOOL HOLDINGS, INC., | |
|       Defendant. | |

| | |
|---|---|
| MICHELLE LA COUNT, et al., | No. 2:25-cv-00209-AC |
| Plaintiff, | **New Case No. 2:25-cv-00209-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| TRISTAN KEIGLEY, | No. 2:25-cv-00210-WBS-AC |
| Plaintiff, | **New Case No. 2:25-cv-00210-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |

| | |
|---|---|
| DENISE CHAMPNEY, et al., | No. 2:25-cv-00211-SCR |
| Plaintiffs, | **New Case No. 2:25-cv-00211-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

| | |
|---|---|
| JONNA SCHWARTZ, | No. 2:25-cv-00230-DC-JDP |
| Plaintiff, | **New Case No. 2:25-cv-00230-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |

| | |
|---|---|
| SHANDRELLE OKONI, | No. 2:25-cv-00231-DJC-AC |
| Plaintiff, | **New Case No. 2:25-cv-00231-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |

5

| NICOLE FLICK, et al.,                         | No.  2:25-cv-00232-DJC-CSK                       |
|                                               |                                                  |
|                    Plaintiffs,                | **New Case No.  2:25-cv-00232-DC-AC**            |
|                                               |                                                  |
|                  v.                           |                                                  |
|                                               |                                                  |
| POWERSCHOOL HOLDINGS, INC.,                   |                                                  |
|                                               |                                                  |
|                    Defendant.                 |                                                  |

| JACLYN BROOKE FAIRCLOTH,                      | No.  2:25-cv-00252-DJC-JDP                       |
|                                               |                                                  |
|                    Plaintiff,                 | **New Case No.  2:25-cv-00252-DC-AC**            |
|                                               |                                                  |
|                  v.                           |                                                  |
|                                               |                                                  |
| POWERSCHOOL GROUP LLC, et al.,                |                                                  |
|                                               |                                                  |
|                    Defendants.                |                                                  |

| RICHARD BROWN, et al.,                        | No.  2:25-cv-00256-DC-JDP                        |
|                                               |                                                  |
|                    Plaintiffs,                | **New Case No.  2:25-cv-00256-DC-AC**            |
|                                               |                                                  |
|                  v.                           |                                                  |
|                                               |                                                  |
| POWERSCHOOL HOLDINGS, INC.,                   |                                                  |
|                                               |                                                  |
|                    Defendant.                 |                                                  |

| TOWFEQ ZARIF,                                 | No.  2:25-cv-00259-JDP                           |
|                                               |                                                  |
|                    Plaintiff,                 | **New Case No.  2:25-cv-00259-DC-AC**            |
|                                               |                                                  |
|                  v.                           |                                                  |
|                                               |                                                  |
| POWERSCHOOL HOLDINGS, INC., et al.,           |                                                  |
|                                               |                                                  |
|                    Defendants.                |                                                  |

| EVAN GRAMELSPACHER,                           | No.  2:25-cv-00271-AC                            |
|                                               |                                                  |
|                    Plaintiff,                 | **New Case No.  2:25-cv-00271-DC-AC**            |
|                                               |                                                  |
|                  v.                           |                                                  |
|                                               |                                                  |
| POWERSCHOOL HOLDINGS, INC., et al.,           |                                                  |
|                                               |                                                  |
|                    Defendants.                |                                                  |

| | |
|---|---|
| NICKOLAUS CAMPBELL, | No.  2:25-cv-00310-DJC-CSK |
| Plaintiff, | **New Case No.  2:25-cv-00310-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., et al. | |
| Defendants. | |
| SAMARIAH LOCKHART, et al., | No.  2:25-cv-00393-DJC-JDP |
| Plaintiffs, | **New Case No.  2:25-cv-00393-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | |
| Defendants. | |
| JESSICA ALLEN, et al., | No.  2:25-cv-00410-JDP |
| Plaintiffs, | **New Case No.  2:25-cv-00410-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |
| BRITTANY STRINGER, | No.  2:25-cv-00426-DJC-CSK |
| Plaintiff, | **New Case No.  2:25-cv-00426-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, | |
| Defendant. | |
| KRISTIN WARREN, et al., | No.  2:25-cv-00427-SCR |
| Plaintiffs, | **New Case No.  2:25-cv-00427-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | |
| Defendants. | |

7

| | |
|---|---|
| DOBIE JAMES AUGUST, | No. 2:25-cv-00431-CKD |
| Plaintiff, | **New Case No. 2:25-cv-00431-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., | |
| Defendant. | |
| NICHOLAS HISSERICH, et al., | No. 2:25-cv-00444-WBS-AC |
| Plaintiffs, | **New Case No. 2:25-cv-00444-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |
| ALYSHA NOBLE, | No. 2:25-cv-00485-TLN-CKD |
| Plaintiff, | **New Case No. 2:25-cv-00485-DC-AC** |
| v. | |
| POWERSCHOOL HOLDINGS, INC., et al., | |
| Defendants. | |
| DANIEL BEHAR CALZADO, et al., | No. 2:25-cv-00498-AC |
| Plaintiffs, | **New Case No. 2:25-cv-00498-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |
| JERATHEN TILLMAN, | No. 2:25-cv-00514-CSK |
| Plaintiff, | **New Case No. 2:25-cv-00514-DC-AC** |
| v. | |
| POWERSCHOOL GROUP LLC, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| MEGAN JOSEPH, et al., | No. 2:25-cv-00517-AC | |
| Plaintiffs, | **New Case No. 2:25-cv-00517-DC-AC** | |
| v. | | |
| POWERSCHOOL HOLDINGS, INC., et al., | | |
| Defendants. | | |
| KELSEY GAURON, et al., | No. 2:25-cv-00519-DC-JDP | |
| Plaintiffs, | **New Case No. 2:25-cv-00519-DC-AC** | |
| v. | | |
| POWERSCHOOL HOLDINGS, INC., | | |
| Defendant. | | |
| MELISSA GIFFORD, | No. 2:25-cv-00709-SCR | |
| Plaintiff, | **New Case No. 2:25-cv-00709-DC-AC** | |
| v. | | |
| POWERSCHOOL HOLDINGS, INC., et al., | | |
| Defendants. | | |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the district judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court orders that the above-captioned cases be reassigned to the undersigned and Magistrate Judge Allison Claire. The caption on documents filed in the reassigned cases shall reflect the judge

9

assignments "DC-AC" in the case number.

It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.


IT IS SO ORDERED.

Dated:  **April 8, 2025**

Dena Coggins
United States District Judge